**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 23, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00003-CV

---

## WENXIN XIA, Appellant

## V.

## GARTH ROLLBROOK, LLC AND RAYMOND FLOYD, Appellees

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-68652**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 9, 2023. On March 22, 2024, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.